Janet S. Manrique, Esq.  (SBN:  179489)
UNITED LAW CENTER
3013 Douglas Blvd., Suite 200
Roseville, CA 95661

Attorney(s) for:
JACK E. WHATLEY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACK E. WHATLEY**, | NO.   2:11-CV-02901-MCE-GGH |
| Plaintiff | |
| v. | STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 |
| **BANK OF AMERICA, ET AL.,** | |
| Defendants | |

_____  _____ /

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED:      November 10, 2011

/s/ Janet S. Manrique

Attorney(s) for Plaintiff(s)

 /s/ Steven A. Ellis
Attorney(s) for Defendant(s)

IT IS SO ORDERED.

Dated:  November 16, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE