STEVEN A. ELLIS (SBN 171742)
*sellis@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S Figueroa St., 41st Floor
Los Angeles, California 90017
Tel.: 213.426.2500
Fax: 213.623.1673

MICHAEL J. MOLONEY III (SBN 259140)
*mmoloney@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Defendants:
*Bank of America, N.A.; BAC Home Loans Servicing, LP; U.S. Bank National Association, as Trustee For The Benefit Of Harborview 2005-2 Trust Fund;* and *Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JACK E. WHATLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; U.S. BANK NATIONAL ASSOCIATION, as Trustee For The Benefit Of Harborview 2005-2 Trust Fund; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:11-cv-02901-MCE-GGH<br><br>**ORDER VACATING REFERRAL TO VDRP**<br><br>Courtroom:  07<br>Judge:      Hon. Morrison C. England, Jr. |

# ORDER

Upon consideration of the Parties' Joint Notice of Error Regarding Referral to VDRP (Dkt. #8), IT IS HEREBY ORDERED as follows:

This Court's Order referring this matter to the VDRP (Dkt. #7) is VACATED.

**IT IS SO ORDERED.**

Dated: November 28, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE