STEVEN A. ELLIS (SBN 171742)
*sellis@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S Figueroa St., 41st Floor
Los Angeles, California  90017
Tel.:  213.426.2500
Fax:  213.623.1673

MICHAEL J. MOLONEY III (SBN 259140)
*mmoloney@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
Tel.:  415.733.6000
Fax:  415.677.9041

Attorneys for Defendants:
*Bank of America, N.A.; BAC Home Loans Servicing, LP; U.S. Bank National Association*, as Trustee for the Benefit of Harborview 2005-2 Trust Fund; and *Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JACK E. WHATLEY,<br><br>            Plaintiff,<br><br>      v.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; U.S. BANK NATIONAL ASSOCIATION, as Trustee for the Benefit of Harborview 2005-2 Trust Fund; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 2:11-cv-02901-MCE-GGH<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>Courtroom:   07<br>Judge:       Hon. Morrison C. England, Jr. |

**ORDER**

Upon consideration of the Parties' Joint Stipulation Requesting Extension Of Time For Defendants To Respond To Complaint Pursuant To Local Rule 144 (ECF No. 11), IT IS HEREBY ORDERED as follows:

Defendants shall have through and including January 11, 2012 to answer or otherwise respond to Plaintiffs' Complaint.

**IT IS SO ORDERED.**

Dated: December 14, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 601 S Figueroa St., 41st Floor, Los Angeles, CA  90017.

On **December 14, 2011**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**

| | |
|---|---|
| John S. Sargetis<br>Stephen J. Foondos<br>UNITED LAW CENTER<br>3013 Douglas Blvd., Suite 200<br>Roseville, CA  95661 | Counsel for Plaintiff: *Jack E. Whatley*<br>Tel. 916.367.0630<br>Fax. 916.265.9000 |

☐   (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Los Angeles, California.

☐   (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy  of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☑   (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **December 14, 2011**, at Los Angeles, California.

| Gareth J. Oania | |
|---|---|
| (Type or print name) | (Signature) |