1  STEVEN A. ELLIS (SBN 171742)
   *sellis@goodwinprocter.com*
2  **GOODWIN PROCTER LLP**
   601 S Figueroa St., 41st Floor
3  Los Angeles, California  90017
   Tel.:  213.426.2500
4  Fax:  213.623.1673

5  MICHAEL J. MOLONEY III (SBN 259140)
   *mmoloney@goodwinprocter.com*
6  **GOODWIN PROCTER LLP**
   Three Embarcadero Center, 24th Floor
7  San Francisco, California  94111
   Tel.:  415.733.6000
8  Fax:  415.677.9041

9  Attorneys for Defendants:
   *Bank of America, N.A.; BAC Home Loans*
10 *Servicing, LP; U.S. Bank National Association*,
   as Trustee for the Benefit of Harborview 2005-
11 2 Trust Fund; and *Mortgage Electronic*
   *Registration Systems, Inc.*

12

13              **UNITED STATES DISTRICT COURT**

14             **EASTERN DISTRICT OF CALIFORNIA**

15                **SACRAMENTO DIVISION**

16 | JACK E. WHATLEY,                              | Case No. 2:11-cv-02901-MCE-GGH |

17              Plaintiff,                         | **ORDER EXTENDING TIME FOR**
                                                   | **DEFENDANTS TO FILE RESPONSIVE**
18          v.                                     | **PLEADING**

19 BANK OF AMERICA, N.A.; BAC HOME                 | Courtroom:   07
   LOANS SERVICING, LP; U.S. BANK                  | Judge:       Hon. Morrison C. England, Jr.
20 NATIONAL ASSOCIATION, as Trustee for
   the Benefit of Harborview 2005-2 Trust Fund;
21 MORTGAGE ELECTRONIC
   REGISTRATION SYSTEMS, INC.; and
22 DOES 1 through 50, inclusive,

23              Defendants.

24

25

26

27

28

LIBW/1808492.1

Order Extending Time for
Defendants to File Responsive Pleading                     Case No. 2:11-cv-02901-MCE-GGH

1

**ORDER**

2       Upon consideration of the Parties' Joint Stipulation Requesting Extension Of Time For

3   Defendants To Respond To Complaint Pursuant To Local Rule 144 (ECF No. 11), IT IS HEREBY

4   ORDERED as follows:

5       Defendants shall have through and including January 11, 2012 to answer or otherwise

6   respond to Plaintiffs' Complaint.

7       **IT IS SO ORDERED.**

8

Dated:  December 14, 2011

9

10                                        MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LIBW/1808492.1                              1

Order Extending Time for
Defendants to File Responsive Pleading                    Case No. 2:11-cv-02901-MCE-GGH

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 601 S Figueroa St., 41st Floor, Los Angeles, CA  90017.

On **December 14, 2011**, I served the following documents by placing a true copy thereof in a sealed envelope(s) on the persons below as follows:

**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**

| | |
|---|---|
| John S. Sargetis | Counsel for Plaintiff: *Jack E. Whatley* |
| Stephen J. Foondos | Tel. 916.367.0630 |
| UNITED LAW CENTER | Fax. 916.265.9000 |
| 3013 Douglas Blvd., Suite 200 | |
| Roseville, CA  95661 | |

☐    (MAIL) I placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this firm's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Los Angeles, California.

☐    (OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express , an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy  of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for.

☑    (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **December 14, 2011**, at Los Angeles, California.

| | |
|---|---|
| Gareth J. Oania | |
| (Type or print name) | (Signature) |